UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PIZARRO,

                 Plaintiff,

-against-

UNITED STATES OF AMERICA, *et al.*,

                 Defendants.

19-CV-6991 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 5, 2019, dismissing the complaint, with 30 days' leave to replead,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 10, 2019
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge